# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **WILLIAM O. CAMPBELL,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No.:  3:19-cv-00559-MHH-SGC** |
| ) | |
| **FRANK WILLIAMSON, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## NOTICE OF APPEARANCE

COMES NOW Robbie Alexander Hyde of the law firm of Alexander Hyde, LLC, and makes her appearance as counsel for "Captain Higginbaugh" and "Chief Setlift"[1], Defendants in the above-styled cause.

Respectfully submitted this 7th day of March, 2022.

                                               **s/ Robbie Alexander Hyde**
                                               ROBBIE ALEXANDER HYDE  (ALE023)
                                               Attorney for Defendants Higginbotham and Setliff
                                               ALEXANDER HYDE, LLC
                                               2138 Moore's Mill Road, Ste. A
                                               Auburn, Alabama  36830
                                               Telephone:  (334) 246-2333
                                               Fax:  (334) 246-2334
                                               E-mail:  robbie@alexanderhyde.com

---

[1] The Defendants identified as Captain Higginbaugh and Chief Setlift are incorrectly named.  The correct names are Captain Steven Higginbotham and Deputy Chief Stuart Setliff, respectively.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I have served a copy via First-Class U.S. Mail, postage prepaid upon the following:

William O. Campbell
277831
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama  35749

                                        **s/Robbie Alexander Hyde**
                                        OF COUNSEL