# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| WILLIAM O. CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:19-cv-00559-MHH-SGC |
| STEVEN HIGGINBOTHAM, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On June 1, 2022, the remaining defendants in this action, Captain Steven Higginbotham and Chief Stuart Setliff, filed a special report which Magistrate Judge Cornelius construed as a motion for summary judgment. (Docs. 35, 36). Mr. Campbell responded to the summary judgment motion, but he did not submit evidence with his response. (Doc. 37). Therefore, Magistrate Judge Cornelius relied on the facts Mr. Campbell alleged in his amended complaint. (Doc. 39, p. 5; *see* Doc. 16). On February 22, 2023, Magistrate Judge Cornelius entered a report in which she recommended that the Court grant the defendants' motion for summary judgment. (Doc. 39). In her report, Judge Cornelius advised the parties of their right to file specific written objections within 14 days. (Doc. 39, pp. 14-15). To date, the Court has not received objections.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). After reviewing Mr. Campbell's allegations regarding the conditions at the Tuscumbia City Jail, the defendants' declarations, and the magistrate judge's report, the Court adopts the report and accepts Magistrate Judge Cornelius's recommendation. Consistent with that recommendation, the Court grants Captain Higginbotham's and Chief Setliff's motion for summary judgment on Mr. Campbell's Fourteenth Amendment claim. By separate order, the Court will close this case.

**DONE** and **ORDERED** this April 14, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE